

# NUMBER 13-21-00337-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF D.G.H. JR., A CHILD

---

### On appeal from the 126th District Court
### of Travis County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Memorandum Opinion by Chief Justice Contreras

This matter is before the Court on its own motion.[1] On February 17, 2022, and March 2, 2022, the Clerk of the Court notified appellant that, pursuant to Tex. R. App. P. 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten days, appellant provided reasonable explanation for his failure to timely file a brief. Appellant failed to respond to the notices and has not filed a brief.

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

Appellant has neither reasonably explained his failure to file a motion for extension of time nor filed his brief. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b),(c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
5th day of May, 2022.